THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SATYA INVESTMENTS DBA SUPER 8, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-cv-21 |
| CONSTITUTION INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY, | § § § § § | |
| Defendants. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CONSTITUTION INSURANCE COMPANY, LLC SERIES X-13 DBA JKL GROUP INSURANCE ONLY**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Satya Investments dba Super 8, and Defendant Constitution Insurance Company, LLC Series X-13 DBA JKL Group Insurance (incorrectly named as Constitution Insurance Company)(collectively the "Parties"), file this Joint Stipulation of Dismissal with Prejudice, and hereby stipulate to voluntary dismissal of the Plaintiff's claims and suit with prejudice against Constitution Insurance Company, LLC Series X-13 DBA JKL Group Insurance only, as follows:

The Parties stipulate to voluntary dismissal with prejudice of Plaintiff's claims that arise under this action and all claims that have been or could have been asserted in this action against Constitution Insurance Company, LLC Series X-13 DBA JKL Group Insurance only.

Based upon the foregoing, dismissal of this action and all of Plaintiff's claims under Rule 41(a)(1)(A)(ii) with prejudice as to Constitution Insurance Company, LLC Series X-13 DBA JKL Group Insurance, is appropriate.

Respectfully submitted,

| | |
|---|---|
| **JAVED LAW FIRM, PLLC** | **ZELLE LLP** |

/s/ Nohayia Javed
Nohayia Javed
Texas Bar No. 24074482
Dan D. Simmonds
Texas Bar No. 24027980
1107 Babcock Road, Suite 4
Balcones Heights, TX 78201
Tel: (832) 360-0476
Fax: (281) 605-5020
attorney@javedlawfirm.com
dsimmonds@javedlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

/s/ Bennett A. Moss*
Bennett A. Moss
Texas Bar No. 24099137
Zachary D. Fechter
Texas Bar No. 24143628
901 Main Street, Suite 4000
Dallas, TX 75202
Tel: (214) 742-3000
Fax: (214) 760-8994
bmoss@zellelaw.com
zfechter@zellelaw.com
**ATTORNEYS FOR CONSTITUTION INSURANCE COMPANY, LLC SERIES X-13 DBA JKL GROUP INSURANCE (INCORRECTLY NAMED AS CONSTITUTION INSURANCE COMPANY)**

*Signed with permission.

**MARTY L. ROWLEY, P.C.**

/s/ Marty L. Rowley
Nohayia Javed
Texas Bar No. 17347800
600 S. Tyler, Suite 1615
Amarillo, TX 79101
Tel: (806) 374-4600
Fax: (806) 220-2812
marty@martyrowley.com
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 8th day of December 2025 a true and correct copy of the foregoing instrument was served electronically, in person, by mail, by commercial delivery service, by fax, or by email, to the following counsel of record:

Bennett A. Moss
Zachary D. Fechter
Zelle LLP
901 Main Street, Suite 4000
Dallas, TX 75202
Tel: (214) 742-3000
Fax: (214) 760-8994
bmoss@zellelaw.com
zfechter@zellelaw.com

                                                */s/ Nohayia Javed*
                                                Nohayia Javed